Trespass for mesne profits. In the Court of Common Pleas a judgment was rendered pro forma for the defendant, upon a fictitious demurrer, and the plaintiff appealed. At October term 1822, of this Court, the plaintiff obtained a verdict for 90 dollars, and the cause was continued on account of a question of law raised by the defendant. At a subsequent term judgment was rendered for the plaintiff for 100 • dollars, 80 cents, being the amount of the sum found by the verdict with interest, and the plaintiff, by virtue of St. 1820, c. 79, § 4, claimed costs arising in the court below and upon the appeal. But the Court held that the increase of the amount of the judgment in consequence of the interest was *561 not to be taken into consideration, and that the plaintiff should recover his costs in the court below, and the defendant his costs on the appeal.[1]
Hoar for the plaintiffs.
W. Austin for the defendants.

 Howe’s Pract. 315, 316 ; Briggs v. Murdock, 13 Pick. 321.